**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00415-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VALERIA BARCELO,

        Defendant.

_____

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**
_____

        Upon report of the probation officer that the defendant has requested foreign travel and she remains in compliance with the conditions of supervised release, it is

        **ORDERED** that defendant, VALERIA BARCELO, be allowed to travel to Michoacan, Mexico for three weeks which she will arrange once the Court grants permission.

        **DATED** at Denver, Colorado, this 17th day of July 2008.

        BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge