IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 07-cr-00415-PAB-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VALERIA BARCELO,

       Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

Upon report of the probation officer that the defendant has requested foreign travel and she remains in compliance with the conditions of supervised release, it is

**ORDERED** that defendant, VALERIA BARCELO, be allowed to travel to Michoacan, Mexico from June 2, 2010 through July 2, 2010.

**DATED** at Denver, Colorado, this  28th  day of May, 2010.

       BY THE COURT:

       s/Philip A. Brimmer
       Philip A. Brimmer
       United States District Judge